**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SORENSON COMMUNICATIONS, INC., *et al.*,[1] | ) | Case No. 14-[___] ([___]) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**CONSOLIDATED LIST OF CREDITORS HOLDING THE**
**30 LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors in possession (collectively, the "*Debtors*") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.  The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "*Consolidated List*") based on the Debtors' books and records as of approximately February 27, 2014.  The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases.  The Consolidated List does not include:  (a) any "insiders," as that term is defined in 11 U.S.C. § 101(31), or (b) secured creditors.  None of these creditors are minor children.  The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors.  The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1]   The Debtors, together with the last four digits of each of the Debtors' federal tax identification number, are: Sorenson Communications, Inc. (0555); Allied Communications, Inc. (3611); CaptionCall, LLC (9444); SCI Holdings, Inc. (9815); Sorenson Communications Holdings, LLC (9866); Sorenson Communications of Canada, ULC (9719); and Sorenson Holdings, Inc. (0427).  For the purpose of these chapter 11 cases, the service address for the Debtors is:  4192 South Riverboat Road, Salt Lake City, Utah 84123.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM<br><br>*(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM<br><br>*(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | U.S. Bank National Association<br>60 Livingston Avenue<br>Saint Paul, MN 55107-2292<br>Tel: (651) 466-6309<br>Fax: (651) 466-7430<br>Attn.: Joshua A. Hahn, Vice President<br><br>with a copy to Counsel:<br><br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 415-9335<br>Fax: (212) 953-7201<br>Attn.: Mark Jutsen | Second Lien Notes Deficiency Claim | Unliquidated | Undetermined |
| 2. | Internal Revenue Service<br>500 North Capitol Street NW<br>Washington, DC 20221<br>Tel: (202) 874-5748 | Income Taxes | Unliquidated Disputed | Undetermined |
| 3. | Federal Communications Commission<br>445 12th Street SW<br>Washington, DC 20554<br>Tel: (888) 225-5322<br>Fax: (866) 418-0232<br>Attn.: Tom Wheeler | Settlement | | $5,255,000.00 |
| 4. | Wiltshire & Grannis LLP<br>1200 Eighteenth Street NW<br>Washington, DC 20036<br>Tel: (202) 730-1325<br>Fax: (202) 730-1301<br>Attn.: Christopher Wright | Professional Services | | $250,874.84 |
| 5. | Ultimate Software Group Corporation<br>1485 North Park Drive<br>Weston, FL 33326<br>Tel: (800) 870-9550<br>Fax: (800) 864-9129<br>Attn.: Accounting Department<br>  Arlene Rodriguez | Equipment Maintenance | | $219,087.72 |
| 6. | Level 3 Communications LLC<br>1025 Eldorado Boulevard<br>Broomfield, CO 80021<br>Tel: (877) 253-8353<br>Fax: (720) 567-2230<br>Attn.: HQ - Accounting | Telecom Services | | $130,976.53 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM <br><br> *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM <br><br> *(if secured, also state value of security)* |
|---|---|---|---|---|
| 7. | AT&T <br> 4513 Western Avenue <br> Lisle, IL 60532 <br> Tel: (800) 235-7524 <br> Fax: (800) 547-1333 <br> Attn.: Resource Department <br>     TFM Processing | Telecom Services | | $130,929.90 |
| 8. | DeafNation Corporation <br> 10516 Manchaca Road, Suite 200 <br> Austin, TX 78748 <br> Fax: (775) 314-6337 <br> Attn.: Joel Barish | Non-Profit Organization | | $77,475.00 |
| 9. | Merrill Communications LLC <br> One Merrill Circle <br> Saint Paul, MN 55108 <br> Tel: (303) 572-3889 <br> Fax: (651) 646-6253 <br> Attn.: Accounting Department/Legal HQ | Data Site Services | | $32,195.10 |
| 10. | United Parcel Service (UPS) <br> 2040 West Parkway Boulevard <br> Salt Lake City, UT 84119 <br> Tel: (800) 811-1648 <br> Fax: (801) 973-1416 <br> Attn.: Accounting Department | Freight and Delivery Services | | $29,420.97 |
| 11. | Intuit Inc. <br> 150 Cambridge Park Drive, 5th Floor <br> Cambridge, MA 02140 <br> Tel: (617) 250-2437 <br> Fax: (617) 250-2102 <br> Attn.: David McCormich - Sr. Sales | Software Provider | | $23,707.88 |
| 12. | Van Scoyoc Associates <br> 101 Constitution Avenue NW <br> Suite 600 <br> Washington, DC 20001 <br> Tel: (202) 638-1950 <br> Fax: (202) 638-7714 | Professional Services | | $20,066.16 |
| 13. | Emergency Lighting Equip SVC Company Inc. (ELESCO) <br> 170 McCormick Avenue <br> Costa Mesa, CA 92626 <br> Tel: (714) 673-6600 <br> Fax: (714) 673-6607 and (714) 673-6608 | Equipment Maintenance | | $11,680.28 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 14. | Elwood Staffing 2650 South Decker Lake Boulevard Suite 400 Salt Lake City, UT 84119 Tel: (801) 963-2500 Fax: (801) 963-2505 Attn.: Chelsey Thomas/Collector 1 | Staffing Agency | | $9,476.02 |
| 15. | Snow, Christensen & Martineau 10 Exchange Place, 11th Floor P.O. Box 45000 Salt Lake City, UT 84145 Tel: (801) 322-9308 Fax: (801) 363-0400 Attn.: Camille Johnson | Professional Services | | $6,746.68 |
| 16. | Rivetal, Inc. 283 East 930 South Orem, UT 84058 Tel: (801) 818-2222 Fax: (801) 818-2233 Attn.: Derek Kopp | Marketing Services | | $6,506.67 |
| 17. | Sports Den Corporate Sales Inc. 1350 Foothill Drive Salt Lake City, UT 84108 Tel: (801) 582-5611 Fax: (801) 582-5650 Attn.: Mark Gardner | Uniform Supplier | | $5,993.53 |
| 18. | National Instruments Corporation 11500 North Mopac Expressway Austin, TX 78759 Tel: (512) 683-0595 Fax: (512) 683-7110 Attn.: Brenda Vaughn | Software Provider | | $5,682.07 |
| 19. | Miller Electric Company Corporation 13755 Hutton Drive, Suite 100 Farmers Branch, TX 75234 Tel: (205) 943-9117 Fax: (205) 945-9166 Attn.: Accounting | Construction Services | | $5,160.00 |
| 20. | Cisco Systems Capital Corporation 170 West Tasman Drive San Jose, CA 95134 Tel: (408) 525-7842 Fax: (408) 853-2089 Attn.: Jasmine Cotto | Telecom Services | | $5,128.80 |

4

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 21. | Wolters Kluwer Health Inc. 16705 Collection Center Drive Chicago, IL 60693 Tel: (800) 341-2258 Fax: (410) 528-4434 Attn.: Billing Department | Marketing Services | | $3,785.00 |
| 22. | Gardner & Taylor PLLC 2257 South 1100 East Suite 201 Salt Lake City, UT 84106 Tel: (801) 468-1400 Fax: (801) 468-1401 Attn.: Arnold Gardner | Professional Services | | $3,250.00 |
| 23. | Lawler, Metzger, Keeney & Logan LLC 2001 K Street NW Suite 802 Washington, DC 20006 Tel: (202) 777-7700 Fax: (202) 777-7763 Attn.: Kathy Winters | Professional Services | | $3,246.23 |
| 24. | Kirton & McConkie Attorneys at Law 1800 World Trade Center 60 East South Temple Salt Lake City, UT 84111 Tel: (801) 328-3600 Fax: (801) 321-4893 | Professional Services | | $2,964.00 |
| 25. | Kelly Services Inc. 1212 Solutions Center Chicago, IL 60677 Tel: (913) 661-0740 Fax: (847) 486-0635 Attn.: Chicago-KFR #2497 | Staffing Agency | | $2,625.60 |
| 26. | International Council on Active Aging 3307 Trutch Street Vancouver, BC V6L-2T3 CAN Tel: (604) 734-4466 Fax: (604) 708-4464 | Non-Profit Organization | | $2,399.00 |
| 27. | Charlotte Toothman 1863 Catalina Avenue Berkeley, CA 94707 Tel: (510) 409-0451 | Professional Services | | $2,361.12 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM<br><br>*(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM<br><br>*(if secured, also state value of security)* |
|---|---|---|---|---|
| 28. | Contingent Network Services LLC<br>4400 Port Union Road<br>Hamilton, OH 45011<br>Tel:  (800) 506-9609<br>Fax:  (866) 595-5381<br>Attn.:  Billing Department | Construction Services | | $1,837.35 |
| 29. | Shoshannah Stern<br>6720 Hillpark Drive #104<br>Los Angeles, CA 90068<br>Tel:  (231) 327-4055 | Professional Services | | $1,720.00 |
| 30. | Ultratec, Inc.<br>450 Science Drive<br>Madison, WI 53711<br><br>with a copy to Plaintiffs' Counsel:<br><br>Quarles & Brady LLP<br>33 East Main Street, Suite 900<br>Madison, WI 53703-3095<br>Tel:  (608) 251-5000<br>Fax:  (608) 251.9166<br>Email: aat@quarles.com<br>Attn.:  Anthony A. Tomaselli<br><br>with a copy to Defendants' Counsel:<br><br>Baker Botts L.L.P.<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304-1007<br>Tel:  (650) 739-7500<br>Fax:  (650) 739-7699<br>Email:  Bryant.c.boren@bakerbotts.com<br>Attn.:  Bryant Carroll Boren, Jr. | Litigation | Contingent Unliquidated Disputed | Undetermined |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

   Pursuant to 28 U.S.C. § 1746, I, Scott Sorensen, the duly qualified Chief Financial Officer of Sorenson Communications, Inc., declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: March 3, 2014

                  Scott Sorensen
                  Chief Financial Officer