IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SORENSON COMMUNICATIONS HOLDINGS, LLC, | ) Case No. 14-[___] ([___]) |
| Debtor. | ) |

## LIST OF EQUITY SECURITY HOLDERS[1]

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following Schedule A identifies all unit holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "*Debtor*").

## DECLARATION UNDER PENALTY OF PERJURY

I, Scott Sorensen, the undersigned Chief Financial Officer of Sorenson Communications Holdings, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: March 3, 2014

_____
Scott Sorensen
Chief Financial Officer

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are based on the above-captioned debtor's books and records.

## Schedule A

| Name and Address of Unitholder[1] | Number of Units | | |
|---|---|---|---|
| | Class A Common Units | Class B Common Units With Participation Threshold | Class C Preferred Units |
| Apollo Investment Corporation<br>9 West 57th Street, 41st Floor<br>New York, New York 10019<br>Attn.: Rob Ruberton | 454,828 | 0 | 0 |
| Blue Ridge Investments, L.L.C.<br>214 North Tryon Street, 14th Floor<br>Charlotte, North Carolina 28255<br>Attn.: Daven Patel | 284,268 | 0 | 0 |
| Certain investment funds affiliated with GTCR Golder Rauner, LLC<br>300 North LaSalle Street<br>Suite 5600<br>Chicago, Illinois 60654<br>Attn.: Philip A. Canfield | 42,560,559 | 0 | 0 |
| Chris Wakeland | 1,077,819 | 0 | 0 |
| D. E. Shaw Laminar Portfolios, L.L.C.<br>c/o D.E. Shaw & Co., L.P.<br>120 West 45th Street, 39th Floor<br>New York, New York 10036<br>Attn.: Hilda Blair | 3,656,364 | 0 | 0 |
| David Johnson | 1,212,809 | 0 | 0 |
| Deerfield Triarc Capital LLC<br>c/o Deerfield Capital Management LLC<br>280 Park Avenue, 41st Floor<br>New York, New York 10017<br>Attn.: Michael R. Apfel | 113,707 | 0 | 0 |
| Dennis Dracup | 0 | 504,542 | 0 |

---

[1] Due to privacy concerns, the debtor has withheld the personal address information for certain of the below-listed equity interest holders.

| Name and Address of Unitholder[1] | Number of Units | | |
| --- | --- | --- | --- |
| | Class A Common Units | Class B Common Units With Participation Threshold | Class C Preferred Units |
| Diana Lewis | 41,364 | 0 | 0 |
| Grant Beckmann | 0 | 300,000 | 0 |
| James Lee Sorenson | 1,701,762 | 0 | 0 |
| James Locke | 41,364 | 0 | 476.488 |
| Janice Barson | 204,545 | 0 | 0 |
| Jason Dunn | 0 | 200,000 | 0 |
| Joe Romriell | 422,475 | 0 | 0 |
| Certain investment funds affiliated with Madison Dearborn Partners, LLC<br>Three First National Plaza<br>Suite 2800<br>Chicago, Illinois 60602<br>Attn.:  James N. Perry, Jr.<br>         Michael P. Cole | 42,560,559 | 0 | 0 |
| Patrick Nola | 4,117,206 | 0 | 0 |
| Paul Kershisnik | 0 | 200,000 | 0 |
| Reed Steiner | 204,545 | 0 | 0 |

3

| Name and Address of Unitholder[1] | Number of Units | | |
|---|---|---|---|
| | Class A Common Units | Class B Common Units With Participation Threshold | Class C Preferred Units |
| Ron Burdett | 102,273 | 0 | 0 |
| Scott Sorensen | 10,000 | 490,000 | 0 |
| Spring II Limited<br>87 Mary Street<br>George Town, Grand Cayman<br>Cayman Islands KY1 9002 | 284,268 | 0 | 0 |