IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SORENSON COMMUNICATIONS HOLDINGS, LLC, | ) Case No. 14-[___] ([___]) |
| Debtor. | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following organizational chart identifies all entities having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor") and any entity in which the Debtor owns an interest.

## DECLARATION UNDER PENALTY OF PERJURY

I, Scott Sorensen, the undersigned Chief Financial Officer of Sorenson Communications Holdings, LLC, the Debtor in this case, declare under penalty of perjury that I have read the corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: March 3, 2014

_____
Scott Sorensen
Chief Financial Officer

## Corporate Structure

